# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿March 31, 2014＿＿

*The Court of Appeals hereby passes the following order:*

**A14A1286.  BRUCE WAYNE HUEY v. THE STATE.**

A jury found Bruce Wayne Huey guilty of aggravated child molestation, and his conviction was affirmed on appeal.  See *Huey v. State*, Case Number A12A1698, decided March 29, 2013. In February 2014, Huey filed a pro se "Motion to Confer Jurisdiction," seeking to have the case transmitted to this Court "to consider the facts and evidence of the case."  According to Huey, the district attorney, judge, and defense counsel engaged in a criminal conspiracy that resulted in his wrongful conviction.  The trial court denied the motion, and Huey filed this appeal.

In construing Huey's motion, we look to the substance of the motion rather than its nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (in pleadings, substance controls over nomenclature). The essence of Huey's motion is that his conviction is illegal. In a related motion, Huey requested that his conviction be vacated.  The Supreme Court has made clear, however, that "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Because Huey is not entitled to any relief in this Court, his appeal is subject to dismissal. See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* <u>03/31/2014</u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*